NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANTASTIC FILMS INTERNATIONAL, LLC,<br><br>            Plaintiff,<br>     v.<br>SCREEN MEDIA VENTURES, LLC, et al.,<br><br>            Defendants. | Case No. 2:22-cv-01014-FWS-AGR<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION [46]** |

Pursuant to the Joint Stipulation for Dismissal of Action [46] filed by the Parties in this matter, pursuant to Fed. R. Civ. P. 41(a)(1), the court **ORDERS** the above-captioned case **DISMISSED WITH PREJUDICE**, in its entirety. All Parties are to bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED**.

Dated:  June 7, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-